

NUMBER 13-20-00401-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI – EDINBURG

IN RE AARON J. SHILLINGS

On Petition for Writ of Habeas Corpus.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Longoria**

On September 15, 2020, the 36th District Court of Bee County accepted a guilty plea of petitioner Aaron J. Shillings in cause number S-20-3024-CR, and sentenced him to two years in state jail, probated for five years. On September 21, 2020, Shillings filed a "Writt [sic] of Habeas" in this Court, generally alleging prosecutorial misconduct and ineffective assistance of counsel. He further alleged that the trial court judge "refused to allow [him] to withdraw plea, and threatened [him] with contempt of court for trying to tell [the court] he did not agree to plea."

The courts of appeals do not have original habeas corpus jurisdiction in criminal matters; original jurisdiction is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts. TEX. CODE CRIM. PROC. ANN. art. 11.05; *In re Ayers*, 515 S.W.3d 356, 356 (Tex. App.—Houston [14th Dist.] 2016, no pet.) (per curiam); *see also In re Bell*, No. 13-18-00424-CR, 2018 WL 3725242, at *1 (Tex. App.—Corpus Christi–Edinburg Aug. 6, 2018, no pet.) (mem. op., not designated for publication). There is no record of Shillings having filed a notice of appeal in the trial court. *See* TEX. R. APP. P. 26.2, 26.3. Accordingly, we dismiss Shillings's petition for want of jurisdiction. *See In re Ayers*, 515 S.W.3d at 357; *see also In re Bell*, 2018 WL 3725242, at *1.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this the
29th day of September, 2020.